IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Teamer, Jetaun L

Printed: 7/8/08

Case Number: 08 B 03652
Judge: Wedoff, Eugene R

Filed: 2/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Prestige Financial Services | Secured | 19,714.89 | 0.00 |
| 2. | Capital One | Unsecured | 368.39 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 542.21 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 755.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 4,401.02 | 0.00 |
| 6. | Prestige Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 551.10 | 0.00 |
| 8. | First American Cash Advance | Unsecured | 546.93 | 0.00 |
| 9. | HSBC | Unsecured |  | No Claim Filed |
| 10. | Check Into Cash | Unsecured |  | No Claim Filed |
| 11. | HSBC Taxpayer Financial Services | Unsecured |  | No Claim Filed |
| 12. | National Quick Cash | Unsecured |  | No Claim Filed |
| 13. | Affinity Cash Loans | Unsecured |  | No Claim Filed |
| 14. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 15. | Payday Loan | Unsecured |  | No Claim Filed |
| 16. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 17. | PDL Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,879.54 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Teamer, Jetaun L | Case Number:  08 B 03652 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  2/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

